1
2
3
4
5
6
7
8    **UNITED STATES DISTRICT COURT**
9    **CENTRAL DISTRICT OF CALIFORNIA**

10   DARWIN RICHARDSON,               )   NO. ED CV 14-1319-FMO (AS)
                                      )
11              Petitioner,           )
                                      )   **ORDER ACCEPTING FINDINGS,**
12         v.                         )
                                      )   **CONCLUSIONS AND RECOMMENDATIONS OF**
13   W.L. MONTGOMERY, Warden,         )
                                      )   **UNITED STATES MAGISTRATE JUDGE**
14              Respondent.           )
                                      )
15   _____  )

16
17
18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19  Petition, all of the records herein and the attached Report and
20  Recommendation of United States Magistrate Judge. The Court accepts and
21  adopts the Magistrate Judge's Report and Recommendation.
22
23       IT IS ORDERED that Judgment be entered denying and dismissing the
24  Petition with prejudice.
25
26  ///
27  ///
28  ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

   LET JUDGMENT BE ENTERED ACCORDINGLY.

   DATED: November 20, 2014.

                                          /s/
                                 FERNANDO M. OLGUIN
                                 UNITED STATES DISTRICT JUDGE